JESS BRIEGEL, Appellant, *v.* ARTHUR DAY et al., Defendants, and NELLIE KENEFICK, Individually and as Executrix of WILLIAM KENEFICK, Deceased, Respondent.

*Appeal — unanimous affirmance of order setting aside service of summons — appeal without permission dismissed.*

*Briegel* v. *Day*, 202 App. Div. 484, appeal dismissed.

(Argued October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1922, which unanimously affirmed an order of Special Term vacating and setting aside the service of the summons and complaint upon one of the defendants.

The motion was made upon the ground that permission to appeal had not been obtained.

*T. E. P. Martin* for motion.

*William H. Griffin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.